```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY    :
LITIGATION
                                     :    MDL No. 1789
                                          1:06-md-1789 (JFK)
                                     x
This Document Relates to:            :    ORDER
All actions                          :
------------------------------------x
```

JOHN F. KEENAN, United States District Judge:

Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:   New York, New York
         May 21, 2008

                              JOHN F. KEENAN
                              United States District Judge